1  Tanja L. Darrow, Bar No. 175502
   tdarrow@littler.com
2  Sheerin Mehdian, Bar No. 337295
   smehdian@littler.com
3  LITTLER MENDELSON, P.C.
   633 West 5th Street
4  63rd Floor
   Los Angeles, California  90071
5  Telephone:  213.443.4300
   Fax No.:    213.443.4299
6
7  Attorneys for Defendant
   JACOBS TELECOMMUNICATIONS, INC.
   (INCORRECTLY NAMED "JACOBS
8  ENGINEERING, INC.")

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  JASON HARRIS, | Case No. 2:22-cv-02480 |
| 13           Plaintiff, | **DEFENDANT'S NOTICE OF INTERESTED PARTIES** |
| 14     v. | **[Central District Local Rule 7.1-1]** |
| 15  JACOBS ENGINEERING, INC., MARK MAGIN AND DOES 1-10, INCLUSIVE, | Complaint Filed: January 12, 2022 (Los Angeles County Superior Court) |
| 16           Defendants. | |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

DEFENDANT'S NOTICE OF INTERESTED PARTIES

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF JASON HARRIS AND HIS ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant JACOBS TELECOMMUNICATIONS, INC. (INCORRECTLY NAMED "JACOBS ENGINEERING, INC.") ("Defendant") certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff JASON HARRIS.
2. Michael S. Traylor of Traylor Law Offices
3. Defendant Jacobs Telecommunications, Inc.
4. Jacobs Engineering Group, Inc.

Dated: April 12, 2022

LITTLER MENDELSON, P.C.

/s/ Tanja L. Darrow
Tanja L. Darrow
Sheerin Mehdian

Attorneys for Defendant
JACOBS TELECOMMUNICATIONS, INC.

4878-9492-1227.1 / 089773-1029

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

2

DEFENDANTS' NOTICE OF INTERESTED PARTIES